**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | |
| JAMES BARTHOLOMEW HUSKEY | 4 08 - CR - 0 3 3 |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

Beginning on a date unknown to the Grand Jury, and continuing through on or about June 16, 2008, in the Northern District of Georgia, the defendant, JAMES BARTHOLOMEW HUSKEY, knowingly employed, used, persuaded, induced, and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

<u>COUNT TWO</u>

Beginning on a date unknown to the Grand Jury, and continuing through on or about June 16, 2008, in the Northern District of Georgia, the defendant, JAMES BARTHOLOMEW HUSKEY, knowingly distributed child pornography, that is, computer graphic images, the production of which involved the use of minor children engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce by any means, including by

computer, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2256(8)(A).

## COUNT THREE

Beginning on a date unknown to the Grand Jury, and continuing through on or about June 16, 2008, in the Northern District of Georgia, the defendant, JAMES BARTHOLOMEW HUSKEY, knowingly received child pornography, that is, computer graphic images, the production of which involved the use of minor children engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2256(8)(A).

A _True_ BILL

_/s/ J. Henry Walker_
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_/s/ Francey Hakes_
FRANCEY HAKES
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6185
404/581-6156 (fax)
State Bar No. 317420

_/s/ Corey Steinberg_
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY

2