IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL CASE NO.<br>4:08-CR-33-01-RLV |
| JAMES BARTHOLOMEW HUSKEY,<br>Robert A. Deyton Detention Center<br><br>Defendant. | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>U.S. District Court<br>600 East First Street<br>Rome, Georgia 30161 | Room<br>#326 |
|---|---|
| | Date and Time<br>July 23, 2008 at 11:00 a.m. |
| Before:   Magistrate Judge Walter E. Johnson | |

To answer a(n)

X   Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title 18, United States Code, Section 2251(a);
Title 18, United States Code Sections, 2252A(a)(2)(A) and 2256(8)(A).

*Brief description of the offense*: Knowingly employed, used, persuaded, induced, & coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reasons to know that such visual depiction would be transported in interstate or foreign commerce. Knowingly distributed child pornography, that is, computer graphic images, the production of which involved the use of minor children engaging in sexually explicit conduct, that had been shipped & transported in interstate & foreign commerce by any means, including by computer.

AUSA: Francey Hakes

Counsel for Defendant: Whitman Matthew Dodge

_____
Walter E. Johnson, United States Magistrate Judge

**July 15, 2008**
Date

July 15, 2008
Date Submitted

**ORIGINAL**

# In the United States District Court
For The Northern District of Georgia

United States of America

v.

James Bartholomew Huskey

Indictment/Information

CR _ 4  0 8 - C R - 0 3 3

July 15, 2008
Date of Indictment

## REQUEST FOR ARRAIGNMENT – IN MARSHALS CUSTODY

**DEFENDANT IN MARSHALS CUSTODY**

James Bartholomew Huskey, Prisoner No. 60173-019
(Name)

Robert A Deyton Detention Center
(Institution)

July 15, 2008
(Date Verified)

ATTORNEY FOR DEFENDANT

Whitman Matthew Dodge
(Name)

100 Peachtree Street, Ste. 1700 Atlanta, Georgia 30303
(Address)

( ) SUPERSEDING INDICTMENT
( ) COMPANION CASE with Indictment No. CR _____

Other defendants previously arraigned (or now set for arr.)

CATEGORY OF CASE          ( ) Short      ( ) Medium    ( ) Long

Assistant U.S. Attorney handling case Francey Hakes
(for additional defendants--use supplemental sheet)

Special Date Requested: _____

Form No. USA-40-19-35a
(08/19/83)
N D Ga 08/26/94