ORIGINAL    P L E A  (With Counsel)

U.S. Department of Justice
United States Attorney
Northern District of Georgia

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 4:08-CR-033-RLV-WEJ

I, JAMES B. HUSKEY, defendant, having received a copy of the within INDICTMENT, and having been arraigned plead Not Guilty thereto to count(s) One through Three thereof.

In Open Court this 23 day of July, 2008.

_____       _____
SIGNATURE (Attorney for Defendant)    SIGNATURE (Defendant)
WHITMAN MATTHEW DODGE             JAMES B. HUSKEY

INFORMATION BELOW MUST BE TYPED OR PRINTED

WHITMAN MATTHEW DODGE            JAMES B. HUSKEY
NAME (Attorney for Defendant)     NAME (Defendant)

100 Peachtree Street, N.E., Suite 1700
STREET                            STREET

Atlanta, GA 30303
CITY & STATE   ZIP CODE           CITY & STATE   ZIP CODE

PHONE NUMBER (404) 688-7530       PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER 224371

Filed in Open Court

7-23-08

By _Karri Bull_

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93