IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 4:08-CR-33-RLV-WEJ |
| JAMES BARTHOLOMEW HUSKEY | ) | |

CONSENT MOTION TO CONTINUE EVIDENTIARY HEARING

The Defendant, JAMES BARTHOLOMEW HUSKEY, by and through his undersigned counsel, hereby moves this Court to continue the evidentiary hearing set for September 29, 2008. In support of this motion, Mr. Huskey offers the following:

1.

In the indictment, Mr. Huskey is charged with producing child pornography in violation of 18 U.S.C. § 2251(a); distributing child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A); and receiving child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A).

2.

Following the indictment, counsel for Mr. Huskey filed various pretrial motions, including motions to suppress evidence and statements. *See* Docs. 23, 24. This Court later scheduled an evidentiary hearing on these motions for Monday, September 29, 2008. It is this hearing that counsel seeks to continue. Counsel requests additional time to prepare for the hearing.

3.

The government does not oppose this motion. Counsel asks this Court to delay the hearing for at least 30 days.

## Conclusion

For these reasons, Mr. Huskey asks this Court to grant this motion to continue the evidentiary hearing.

Dated: This the 22d day of September, 2008.

    Respectfully submitted,


    s/ *W. Matthew Dodge*
    W. MATTHEW DODGE
    GEORGIA STATE BAR NO. 224371
    ATTORNEY FOR MR. HUSKEY

Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax 404-688-0768
matthew_dodge@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following Assistant United States Attorney of record:

>Francey Hakes
>Corey Steinberg
>Assistant United States Attorneys
>600 Richard B. Russell Building
>75 Spring Street, S. W.
>Atlanta, Georgia  30303

Dated:  This the 22d day of September, 2008.

>s/ *W. Matthew Dodge*
>W. MATTHEW DODGE