IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 4:08-CR-33-RLV-WEJ |
| JAMES BARTHOLOMEW HUSKEY | ) | |

NOTICE OF WITHDRAWAL OF PENDING MOTIONS

The Defendant, JAMES BARTHOLOMEW HUSKEY, through his undersigned counsel, hereby notifies this Court of his intent to withdraw each of the pending pretrial motions, including the following: *Motion to Dismiss* [Doc. 22], *Motion to Suppress Evidence* [Doc. 23], *Motion to Suppress Statements* [Doc. 24]. The Court had scheduled an evidentiary hearing on the latter two motions for today, but Mr. Huskey hereby waives the hearing and withdraws all three pending motions.

Dated:  This the 3d day of November, 2008

                                          Respectfully submitted,

                                          s/ *W. Matthew Dodge*
                                          W. MATTHEW DODGE
                                          Georgia State Bar No. 224371
                                          Attorney for JAMES  HUSKEY

Federal Defender Program, Inc.
100 Peachtree Street, N.W., Suite 1700
Atlanta, Georgia 30303
(404) 688-7530   Fax (404) 688-0768
Matthew_Dodge@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following Assistant United States Attorneys of record:

>Francey Hakes, Esq.
>Corey Steinberg, Esq.
>Assistant United States Attorneys
>600 Richard B. Russell Building
>75 Spring Street, S. W.
>Atlanta, Georgia  30303

Dated:  This the 3d day of November, 2008.

>s/ *W. Matthew Dodge*
>W. MATTHEW DODGE, Esq.