# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:08-cr-00033-RLV-WEJ
### USA v. Huskey
### Honorable Robert L. Vining, Jr.

Minute Sheet for proceedings held In Open Court on 11/25/2008.

| | |
|---|---|
| TIME COURT COMMENCED: 10:03 A.M. | COURT REPORTER: Kimberly C. Bramlett |
| TIME COURT CONCLUDED: 10:35 A.M. | CSO/DUSM: Russell Johnson |
| TIME IN COURT: 00:32 | DEPUTY CLERK: Jill Ayers |

| | |
|---|---|
| DEFENDANT(S): | [1]James Bartholomew Huskey Present at proceedings |
| ATTORNEY(S) PRESENT: | Whitman Dodge representing James Bartholomew Huskey<br>Francey Hakes representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Change of Plea hearing. Defendant sworn and advised of rights. Defendant entered guilty plea to Counts 1,2,3 of indictment. Plea accepted. |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for February 5, 2009 at 10:00a.m.; |