U.S. Department of Justice
United States Attorney
Northern District of Georgia

# P L E A (With Counsel)




Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 4:08-CR-33-RLV

I, JAMES BARTHOLOMEW HUSKEY, defendant, having received a copy of the within Indictment, and having been arraigned plead GUILTY thereto to Counts One, Two, and Three, thereof.

In Open Court this 25th day of November, 2008.

_____
SIGNATURE (Attorney for Defendant)
MATT DODGE

_____
SIGNATURE (Defendant)
JAMES BARTHOLOMEW HUSKEY

INFORMATION BELOW MUST BE TYPED OR PRINTED

MATT DODGE
NAME (Attorney for Defendant)

JAMES BARTHOLOMEW HUSKEY
NAME (Defendant)

STREET

STREET

CITY & STATE    ZIP CODE

CITY & STATE    ZIP CODE

PHONE NUMBER _____

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER  224771

Filed in Open Court

_____

By _____

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93