IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v. ) | |
| ) | 4:08-CR-33-RLV |
| JAMES BARTHOLOMEW HUSKEY ) | |

NOTICE OF APPEAL

COMES NOW the Defendant, JAMES BARTHOLOMEW HUSKEY, by and through undersigned counsel, and hereby files this notice of his intention to appeal the sentence entered in this case on March 6, 2009, to the United States Court of Appeals for the Eleventh Circuit.

Dated: This the 9th day of March, 2009.

Respectfully submitted,

s/ *W. Matthew Dodge*
W. MATTHEW DODGE
GEORGIA STATE BAR NO. 224371
ATTORNEY FOR MR. HUSKEY

Federal Defender Program, Inc.
100 Peachtree Street, N.W., Suite 1700
Atlanta, Georgia 30303
404-688-7530; Fax 404-688-0768
matthew_dodge@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF APPEAL was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following Assistant United States Attorney of record:

>Francey Hakes
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Spring Street, S. W.
>Atlanta, Georgia  30303

Dated:  This the 9th day of March, 2009.

>s/ *W. Matthew Dodge*
>W. MATTHEW DODGE