·Mary
Marshall/CA11/11/USCOURT
S

08/07/2009 12:52 PM

To ·Brenda Hambert/GAND/11/USCOURTS@USCOURTS,
Debbie Burkhalter/GAND/11/USCOURTS@USCOURTS,
Joanne T Acker/GAND/11/USCOURTS@USCOURTS

cc ·Sam Johnston/GAND/11/USCOURTS@USCOURTS,
Brenda Wiegmann/CA11/11/USCOURTS@USCOURTS

bcc

Subject ROA/COR request
09-11197-EE (DC: 4:08-00033 CR RLV 4)

CA11: 09-11197-EE USA v. James Bartholomew Huskey
NGA: 4:08-00033 CR RLV 4

----------------------------------------