# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME, GEORGIA 30161

JAMES N. HATTEN  
CLERK OF COURT

OFFICE OF THE CLERK  
706-378-4060

August 7, 2009

Clerk's Office  
U.S. Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, Georgia  30303

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK AUG 10 2009 ATLANTA, GA.]*

*[Stamp: FILED IN CLERK'S OFFICE U.S.D.C. Rome AUG 13 2009 JAMES N. HATTEN, Clerk By: [signature] Deputy Clerk]*

Re:  USA Vs.  James Bartholomew Huskey  
     USDC No. 4:08-cr-33-RLV  
     USCA No. 09-11197-EE

Enclosed are documents regarding an appeal in the action referenced above.  Please acknowledge receipt of same on the enclosed copy of this letter.

Certified copy of notice of appeal, docket, judgment and commitment appealed from enclosed.

| | |
|---|---|
| **x** | Original record transmitted pursuant to request.  (See attached copy of request.) |
| ___ | Appeal fees have NOT been paid. |
| ___ | Certified copy of order appointing Federal Defender Program enclosed. |
| ___ | Certified copy of CJA order appointing counsel enclosed. |
| ___ | Appellant has been forwarded an application to proceed IFP. |
| ___ | Appellant has been     leave to proceed IFP, copy of order enclosed. |
| ___ | An appeal bond has been denied. |
| ___ | Magistrate/Judge appealed from is |
| ___ | Other: |

The enclosed certified, criminal record on appeal consists of:

| | | | | |
|---|---|---|---|---|
| **1** | Volume(s) of pleadings. | | ___ | Volume(s) of exhibits. |
| **2** | Volume(s) of transcripts. | | **1** | PSI enclosed. (SEALED) |

Sincerely,

James N. Hatten  
Clerk of Court

By:  s/Brenda Hambert  
     Deputy Clerk

Enclosures