

# NOTICE TO COUNSEL OF RECORD

| | |
|---|---|
| **TO:** | Francey Hakes |
| **FROM:** | Jill Ayers, Courtroom Deputy Clerk |
| **DATE:** | May 15, 2012 |
| **CASE NO.** | 4:08-cr-33 |
| **SUBJECT:** | **RECLAMATION AND DISPOSITION OF UNCLAIMED EXHIBITS** |

---

Pursuant to Local Rule 79.1D(2), you are hereby notified that the exhibits in the above styled case will be disposed of if you have not recovered same within 30 days. Please date and sign a copy of this Notice to acknowledge receipt, specifying how the exhibits should be handled, and file the signed Notice as soon as possible.

**Receipt of this Notice is hereby acknowledged.** _____ **(Signature)**

_____   **Exhibits will be picked up no later than** _____ **(Date).**

_____   **Exhibits may be destroyed.** _____ **(Initials)**

*Note: If someone other than the attorney of record will be coming to the Courthouse to pick up exhibits, a letter of authorization from the attorney of record will be needed.*

**EXHIBITS RECEIVED BY:** _____

**THIS** _____ **DAY OF** _____**, 2012.**